UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:24-mj-1606-NHA

RICARDO FERMIN SUNE-GIRON
_____/

## ORDER OF TEMPORARY DETENTION

The Government moved to detain Defendant pursuant to 18 U.S.C. § 3142(f)(2). The Defendant moved to continue the detention hearing until April 29, 2024. The Court granted the continuance and will resume the bond hearing on Monday, April 29, 2024 at 10:00am. Defendant shall be **TEMPORARILY DETAINED** pending the continuation of the hearing.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**ORDERED** in Tampa, Florida, on April 19, 2024.

_____
NATALIE HIRT ADAMS
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service